IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-02919-WYD-CBS

ZEWDNESH TESFAY,

      Plaintiff,

v.

PROFESSIONAL EDUCATION CORPORATION, a wholly owned entity of EDUCATION
AFFILIATES, INC., d/b/a DENVER SCHOOL OF NURSING, and
NANCY SANDERSON, individually,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Notice of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 12).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulated Notice of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 12) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:   December 23, 2013

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE